UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 23cr1781-DMS |
| Plaintiff, | |
| v. | **ORDER** |
| JOSE LUIS LANDEROS, JR., | |
| Defendant. | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the MOTION HEARING DATE be continued from September 22, 2023 at 11:00 a.m. to October 20, 2023, at 11:00 a.m. **TIME IS ORDERED EXCLUDED** in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. ss. 3161(h)(7)(A) and (h)(1)(D).

**SO ORDERED.**

DATED: 09/15/23

Honorable DANA M. SABRAW
United States District Judge

23cr1781-DMS