# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>JOSE LUIS LANDEROS, JR.,<br><br>                                    Defendant. | Case No.: 23-cr-1781-DMS<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR REDUCTION OR MODIFICATION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)(2)** |

      Pending before the Court is Defendant's Motion for reduction or modification of sentence pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. Amendment 821 (2023). (ECF No. 39.) The Court referred Defendant's motion to Federal Defenders of San Diego Inc. ("FDSDI") for evaluation pursuant to General Order No. 755. (ECF No. 40.) FDSDI declined representation and filed a status report indicating that the Court can rule on Defendant's pending motion on the existing record without further assistance of counsel. (ECF No. 42.) The United States subsequently filed a response. (ECF No. 44.) As of the date of this order, Defendant has not filed a reply.

      Under Section 3582(c)(2) the court may reduce a defendant's sentence when: (1) the sentence is based on a sentencing range that has subsequently been lowered by the Sentencing Commission; (2) such reduction is consistent with applicable policy statements

issued by the Sentencing Commission; and (3) after considering the factors set forth in Section 3553(a). 18 U.S.C. § 3582(c)(2). Defendant argues that his sentencing range has been lowered under part B of Amendment 821. That amendment provides for a decreased offense level if, among other things, the defendant did not receive any criminal history points. U.S.S.G. § 4C1.1(a)(1). And the factual basis for Defendant's motion is that he is a zero-point offender. (ECF No. 39 at 3–4) (arguing that he did "not receive any criminal history points at the time" of sentencing).

Defendant is mistaken. He had four criminal history points (criminal history category III) when sentenced. (ECF No. 28, 31–32.) A fact he did not contest. (*E.g.*, ECF No. 33 at 4–5) (Defendant's sentencing memorandum). As a result, Defendant does not qualify for a sentence reduction under Part B of Amendment 821. *See United States v. Marquez*, No. 20-CR-02044-H, 2024 WL 1973479, at *2 (S.D. Cal. May 2, 2024) (denying motion for sentence reduction based on § 4C1.1 where defendant had three criminal history points). The Court therefore **DENIES** his motion for sentence reduction.

**IT IS SO ORDERED**.

Dated: January 3, 2025

Hon. Dana M. Sabraw, Chief Judge
United States District Court